**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Riley R. Nesbit, a Special Agent (SA) with the Drug Enforcement Administration (DEA), being first duly sworn, hereby depose and states as follows:

1. I am an "investigative or law enforcement officer" of the United States, within the meaning of Section 2510(7), Title 18, United States Code, empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

2. I am a Special Agent with the Drug Enforcement Administration (DEA) and have been employed with the DEA since November of 2023 Affiant is currently assigned to the DEA Louisville Division Office (LDO). In connection with my official DEA duties, I investigate criminal violations of state and federal narcotics laws, including, but not limited to violations of Title 21, United States Code, Sections 841, 843, 846 and 848. Affiant has received specialized training in the enforcement of laws concerning controlled substances as found in Title 21 of the United States Code. I am authorized and have the responsibility to investigate and arrest persons for violations of federal law, including violations involving the unlawful distribution of drugs, (21 U.S.C. § 841(a)(1)), and attempt and conspiracy to commit the same (21 U.S.C. § 846). Affiant attended a 17-week basic agent training academy for the DEA in Quantico, VA. During the DEA basic agent training academy, the Affiant received training in confidential source management, electronic surveillance, physical surveillance, report writing, the debriefing of defendants, witnesses, informants, as

well as others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from drug trafficking.

3. Affiant has received training in investigations and has participated in investigations involving the interception of both wire and electronic communication devices. Affiant is familiar with the ways in which drug traffickers conduct their business, including, but not limited to, their methods of importing and distributing controlled substances, their use of telephones and digital display paging devices, and their use of numerical codes and code words to conduct their transactions.

4. Affiant is familiar with and has participated in all the normal methods of investigation, including, but not limited to, visual surveillance, the general questioning of witnesses, the use of informants, the use of pen registers and undercover operations.

5. I am familiar with the information contained in this affidavit through my own personal participation in the investigation, my review of documents and records, and my conversations with other law enforcement officers and agents. Because this affidavit is submitted in support of application for a criminal complaint and arrest warrant, I have not included every fact known concerning this investigation. I have, however, set forth a statement of fact and circumstances sufficient to establish probable cause for the issuance of an arrest warrant.

6. The United States, including the DEA and the ATF are conducting criminal investigations of multiple members of the SANDERS Drug Trafficking Organization (DTO), regarding possible violations of federal narcotics laws.

7. In or about March of 2024, the DEA and ATF began an investigation into the SANDERS DTO. Throughout the investigation, various narcotics have been purchased and seized, to include crack cocaine, powder cocaine, and methamphetamine. Numerous firearms have also been seized as a result of search warrants and arrest warrants. Several narcotics sources of supply (SOS) have been identified during this investigation, including Michael MORRIS and Demetrius FANT JR (DOB: 1998-12-19). Members of the DEA Louisville Division Office (LDO) obtained court authorization to intercept wire communications for thirty (30) days over Target Telephone Two (TT2) known to be utilized by MORRIS. This order was signed by United States District Court Judge Greg Stivers on May 13, 2026. During this period of interception, members of the LDO observed that FANT JR was a cocaine SOS to MORRIS.

8. On May 23, 2026, at approximately 3:54PM, MORRIS utilizing TT2 received an incoming call from an unknown male, later identified as Demtrius FANT JR utilizing 502-849-8739. During the call, FANT JR identified himself as "Pone", a known alias for FANT JR. After introductions, FANT JR told MORRIS, “I'm already knowing. Look though, look, man, uh, it's a situation that just came upon. A-a motherfucker got, uh, the magazine books for like fifteen [15] dollars [PH].” MORRIS responded, “Ah, well shit. Oh, when-when and [Stammers], you talking 'bout for a-for-for-for, uh---did-did you see it see it see it?”, to which FANT JR affirmed, “Yeah. A hundred [100] percent”. MORRIS clarified, “A hundred [100] percent? Uh...”, and FANT JR confirmed again saying, “A hundred [100] percent”. MORRIS then asked, “When can you grab, when can you grab, uh, oooh, damn that's judy [PH].” FANT JR laughed. MORRIS asked another question, “And, you-he gon' make sure you get a commission because of what you're doing?”, to which FANT JR

replied, “Not for [U/I] sure”. MORRIS stated, “Oh, man. Is-is it gon' be there for-- how long's it gonna be there? That's what I'm asking”. FANT JR responded, “Uh, he said he ain't got nothing but eight [8]. He said he ain't got nothing but eight [8], uh, eight [8] of 'em left”. MORRIS clarified, “Eight [8] of 'em?”, to which FANT JR affirmed. Later in the call, MORRIS stated, “That'll make you look real good wit'chu too. If you can bring me two [2], I want it”. FANT JR replied, “I'll bring you a deuce right now”. Your affiant believes that “magazine books” for, “fifteen (15) dollars” were a reference to kilograms of suspected cocaine for $15,000 each. Your affiant believes that FANT JR was trying to sell MORRIS kilograms of suspected cocaine and that MORRIS was interested in purchasing two, or a “deuce”.

9. Throughout the day and leading up to the physical meeting between MORRIS and FANT JR, numerous calls were intercepted between the two. During these calls, MORRIS told FANT JR that he (MORRIS) needed to gather money for the purchase. At approximately 6:13PM, TT2 received an incoming call from FANT JR utilizing 502-849-8739. During the call, FANT JR stated, “I got this nigga, I got this nigga waiting on me”. MORRIS replied, “Okay. Now, I'ma ask you a question”, to which FANT JR affirmed. MORRIS asked, “How long it's gonna take? 'Cause I, um, I was 'bout to go snatch this five (5). You see what I'm sayin'? So g-give me –”. FANT JR replied, “Yeah, Unc”. MORRIS then stated, “Give me. Just talk, talk to me. [U/I] It's gonna take me at least about an hour to have you together”. FANT JR replied, “Okay, uh, hold on, hold on”. During this call, your affiant believes that MORRIS was asking FANT JR about the timeline on the suspected kilograms of cocaine. Your affiant believes that MORRIS still needed some time to gather money together for the purchase. When MORRIS stated that he needed to, “go snatch this five”, your affiant

believes that he was stating that he needed to go pickup five thousand dollars from a customer or associate so that he could purchase the suspected cocaine that FANT JR would be providing.

10. In other calls, MORRIS and FANT JR discussed where they would meet to complete the drug transaction. During call number 1693 at approximately 7:13PM, MORRIS and FANT JR appeared to decide on a location which MORRIS described as, "…my goddamn house…". Your affiant knows that MORRIS owns a house located at 3147 Vermont Ave, Louisville, KY. This is also the listed address on MORRIS' KY driver's license. At approximately 7:48PM, during an intercepted call, FANT JR told MORRIS he was pulling up. At approximately that same time, members of law enforcement observed via a court authorized GPS vehicle tracker, MORRIS' Chevy Silverado arrive in the vicinity of 3147 Vermont Ave. GPS tracker data showed the Silverado to be in that area for approximately eleven (11) minutes before departing. At approximately 8:07PM, GPS tracker data showed the Silverado travel to the vicinity of 1461 Cypress, an address associated to Deaundrae TURNER, a narcotics trafficker and associate of MORRIS. A covert camera in the vicinity of the residence showed MORRIS exit the Silverado with a white plastic bag that appeared to contain a rectangular object, consistent with the size and shape of a kilogram of narcotics. Based on your affiants training and experience, I believe that MORRIS met with FANT JR in the vicinity of 3147 Vermont Ave and purchased one kilogram of suspected cocaine.

11. Following the initial transaction and based on other intercepted calls, your affiant believes that MORRIS initially planned on purchasing two kilograms of suspected cocaine from FANT JR, but only purchased one during the initial meeting near 3147 Vermont Ave. At approximately 8:57PM, MORRIS utilizing TARGET PHONE 2 received an incoming call

from FANT JR. During the call, FANT JR provided a street address for the meet, "323 South 41st Street". At approximately 8:58PM, GPS tracker data showed MORRIS' Silverado depart from the vicinity of Vermont Liquors and travel to the vicinity of 323 South 41st St, the address provided to MORRIS by FANT JR. GPS data showed the Silverado arrive in the area at approximately 9:00PM. A covert camera in the vicinity showed MORRIS' Silverado park on the south side of Larkwood Ave, in close proximity to 323 S 41st St. A commercial law enforcement database query showed that address as being associated to Rodrena HANSERD, believed to be FANT JR's Aunt. At approximately that same time, a gray 2023 Kia K5 bearing KY license plate [R3J667] parked on the north side of Larkwood Ave, directly adjacent to 323 S 41st St. The registered owner of the Kia K5 is Cyntia CABBIL with a listed address of 12726 Charles Farm Cir Apt 201. An unknown black male, identified as Demetrius FANT JR, was observed walking back from the area of the Silverado towards the Kia holding what appeared to be a black retail shopping bag with handles. MORRIS departed in the Silverado immediately after FANT JR walked away. FANT JR walked over to the front passenger door of the Kia K5 with the bag and opened the door. FANT JR handed the bag to the passenger, closed the door, and then ran up the sidewalk and into the backyard of 323 S 41st. At approximately 9:08PM, FANT JR returned from the backyard of the residence and ran down toward the driver's door of the Kia K5. FANT JR then "dapped up" the driver of a passing vehicle in the street and returned to the Kia K5. FANT JR entered the driver's seat of the Kia K5 and immediately departed from the area.



Pictured above: FANT JR walking away from MORRIS' Silverado with a black retail-style bag believed to contain narcotics proceeds. FANT JR is walking towards the Kia K5 with it's headlights on.

12. Following the second meet, MORRIS, utilizing TARGET PHONE 2**,** called his wife, Miriam THOMPSON-MORRIS. During the call, MORRIS explained how he paid "33", where he and "Capone" met, and that he was on his way home. Based on your affiant's training and experience, I believe that MORRIS and FANT JR met for a second time to complete the drug transaction that was discussed during T-III interceptions. Your affiant believes that FANT JR brought the suspected kilograms of cocaine to the meet and exchanged them with MORRIS for United States Currency.
13. On May 25, 2026, at approximately 8:17PM, TT2 received an incoming call from FANT JR using phone number 502-849-8739. During the call, MORRIS and FANT JR talked about a mutual associate named "88", an alias that your affiant knows to belong to Torrey CROSS. MORRIS told FANT JR that he (MORRIS) was trying to get "strips" that he could give to

CROSS, who was going to be sentenced soon. During the conversation, FANT JR stated, "Look-look-look-look-look. Hold on, Unc. Hold on. I'm gonna call you from my other phone. This is my main line. [Mumbles] I'm gonna call you from my other phone." Your affiant believes that "strips" were a reference to suboxone strips which are a desirable, low dosage unit of buprenorphine often used by recovering opioid addicts to curb cravings. Once the topic of conversation centered on the "strips", FANT JR suggested that they talk on FANT JR's other phone (TARGET PHONE 7 (TT7)). Shortly after, FANT JR and MORRIS continued their conversation over TT7and TT2, respectively. Members of the LDO recognized FANT JR's voice and speech patterns when he called MORRIS on TT2. Given the limited lapse of time between the calls and the recognition of FANT JR's voice, your affiant believes that TT7 is utilized by FANT JR.

14. Throughout the course of this investigation, law enforcement has recovered over 500 grams of cocaine through controlled buys and traffic stops related to MORRIS and other co-conspirators.

15. On June 30, 2026, United States District Court Judge Greg Stivers signed a T-III court order authorizing the interception of wire and electronic communications for thirty (30) days over TT7 known to be utilized by FANT JR. During the period of interception, numerous pertinent calls were intercepted, including some that contained allusions and references to violence that would be perpetrated by FANT JR. Members of the LDO had to employ violence mitigation protocols on at least two occasions.

16. On July 9, 2026, members of the LDO intercepted a wire communication between FANT JR utilizing TT7 and an unknown male utilizing 502-439-0210 (UM0210). During the call, FANT JR stated, "I sent [Stammers] Uncle Rob [PH] a picture of the inside of the of the car

the one the niggas posted. He said, "is that, is that it?"". UM0210 stated, “That’s it, bro”. FANT JR stated, “Okay, Ight. Man, you know we stand on business but guess who they [Stammers] said it's some white boys from out Fern Creek [PH]”. UM0210 stated, “Man, my son... guess what? I'm glad you said that... my son just saying that, bruh. He said, "Daddy that's a white person’s hand on that steering wheel. I mean, in the, uh, that's a white boys hand"”. FANT JR replied, “Yeah. See I ain’t, I ain’t need [U/I] I might go to it right now”. UM0210 stated, “Yeah, go look at it, my son just said that, bruh”. FANT JR replied, “Yeah, he said, he said that it's a white boy from out Fern Creek. So, look this is what I'mma do, Unc... When [Stammers] 'cus we been, we been trynna get with, we be trynna get them to drop the motor before they wanted to come and get the car. 'Cause they said look, they like "bruh, uh, cause look what-, we making it seem like it ain't our people or nothin', we-we just making it seem like we trynna buy you a stolen car," you feel me?”. UM0210 replied, “Yeah”. FANT JR stated, “They like, man, they like, "we want but we want five- fifty (550) or it." So, I'm like, " Ight, man." I'm talking [Stammers] my nephew like in like [U/I], "Nephew tell 'em like, aight I got the five-fifty (550)," but I'm like, "when I get there I'mma press on 'em, I'm like, bro, [Stammers] I'mma see if they if they got a gun on them, and I'mma [Stammers] take everything that's in they pockets if they got they gun." I'm taking everything from 'em”. UM0210 responded, “Uh-huh, I got 'chu, man. If you, you can get that strap back man and, and then man, I got 'chu nephew. Between me and you, bruh”. FANT JR stated, “Man, you know I got 'chu, Unc. Just let me, just let me, I'm putting shit together, Unc right now. So, I'mma call you when I'm on deck”. UM0210 stated, “I got ‘chu bruh. You ain’t gotta worry about that”. FANT JR stated, “Nah, I love you, Unc”. UM0210 stated, “I love you more, man”. FANT JR stated, “I got’chu”. UM0210 replied, “Alright,

baby". Based on your affiant's training and experience, I believe that FANT JR was discussing the future robbery of some unknown individuals. When FANT JR stated, "I'mma take everything that's in they pockets if they got they gun", I believe that FANT intended to judge whether or not the unknown individuals possessed a firearm, and if so, he would rob them for the firearm and the vehicle. In an attempt to disrupt this robbery, members of the LDO established surveillance on FANT JR and conducted a traffic stop on a vehicle that he was in. A scale was located in the front passenger door, and no other contraband was located. Two phones were located in FANT JR's possession, one of which was confirmed to be TT7. Members of the LDO were unable to maintain a constant visual on FANT JR or the vehicle he was traveling in while attempting to conduct the traffic stop. Your affiant believes that there was ample time for FANT JR and other occupants to discard contraband (drugs, firearms, etc) prior to the stop.

17. On July 19, 2026, members of the LDO intercepted wire communications between FANT JR utilizing TT7 and an unknown male utilizing 313-808-7664 (UM7664). During the call, FANT JR relayed to UM7664 that he (FANT JR) had gotten into some sort of altercation at the "club" with an unknown individual. GPS phone ping data for TT7 showed FANT JR to be in the vicinity of Railyard Billiards & Sports Pub which is located in the "Highlands" neighborhood of Louisville which has recently experienced an uptick of shootings and violence in and around bars and similar venues. During the call, UM7664 stated, "What I'm trynna say is how y'all wanna do it? What y'all want me to grab one of y'all and one of y'all stay up there as we get the whip? Like what nigga? I got like six [6] guns in the car, nigga what!?". FANT JR told UM7664 that he wanted UM7664 to come pick him up at the club so they could prepare. FANT JR then handed his phone to an unknown male identified as

"Rico" who spoke to UM7664. During their conversation, UM7664 stated, "I'm ready to pull up to the club, cuz, to come get you. I had to come get him, one of y'all need to stay in the club, so we can see how we need to blitz some niggas I'm gonna come there[PH]. [Stammering] I prolly got five [5] guns in the car". "Rico" stated, "Aight that's a bet! Call me!". "Rico" then handed the phone back to FANT JR who continued the conversation with UM7664. The two continued to coordinate for UM7664 to pickup FANT JR from the club. While FANT JR was asking UM7664 if he was outside the club, UM7446 stated, "Nigga, I got a car full of guns, cuz!". Shortly after, FANT JR told UM7664 that he had exited the club and that they (security) wouldn't let him back in. At that same time, UM7664 stated, "Cuz, I just, nigga trynna, I thought we trynna blitz these niggas when they come out!". FANT JR replied, "Nah off the flap! Off the flap! I'm saying [Stammering] I got my sister's, little brother with me, type shit. [Pause] Hold on hold on, let me see, I'm about to tell lil' cousin to just watch him, cuz. Fuck all that, I gotta handle that. I got to tap them. Gonna [U/I], fuck all that". Shortly after, FANT JR and UM7664 appeared to meet up and the call was ended. Your affiant believes that FANT JR was involved in some sort of altercation at the "club" and that FANT JR intended to cause serious bodily injury and/or death to the individual. When UM7664 stated that he had numerous guns in the car and stated his intentions to, "…blitz some niggas…", your affiant believes that he intended to work with FANT JR and other co-conspirators to shoot and/or kill an unidentified individual(s). Members of the LDO again employed the violence mitigation protocol and contacted members of the Louisville Metropolitan Police Department's (LMPD) 5th Division to alert them of the potential violence in their area of responsibility. The supervisor of the 5th Division sent all available units to the area of Railyard Billiards & Sports Bar in an attempt

to thwart any acts of violence. There were no reports of a shooting in that area following the increased police presence.

18. Listed below is a highlight of FANT JR's most serious criminal offenses for which he has been charged with in Jefferson County. This list is not all encompassing but is rather a summary of his most serious alleged offenses. Possession of a handgun by a minor, 1st offense (2016), Assault 1st degree (2016), Wanton endangerment 1st degree (2016), Promoting contraband 1st degree (2020), Promoting contraband 2nd degree (2021), Possession of a handgun by a convicted felon (2023), Trafficking in controlled substance 1st degree 1st offense greater than or equal to 4 grams of cocaine (2023), Fleeing or evading police 1st degree (motor vehicle) (2023), Escape 2nd degree (2024). It should also be noted that FANT JR is currently on probation and has been on probation throughout the investigation of the SANDERS DTO.

s/Riley Nesbit

Riley R. Nesbit

Special Agent, DEA

Sworn to me and subscribed by telephone in accordance with Fed. R. Crim. P. 4.1 on July 27, 2026.

Colin Lindsay

Colin H Lindsay, Magistrate Judge

United States District Court