Case 3:26-cr-00090-CHB-CHL    Document 2    Filed 07/22/26    Page 1 of 1 PageID #: 106



# Case Assignment
# Standard Criminal Assignment

Case number **3:26CR-90-CHB**

Assigned : Judge Claria Horn Boom
Judge Code : A958

Assigned on 7/22/2026 12:02:10 PM
Transaction ID: 133334

Request New Judge        Return