IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AUTHORIZATION TO OBTAIN A WARRANT FOR THE ARREST OF DEMETRIUS FANT JR | Case No. 3:26MJ-652<br>**Filed Under Seal** |

**ORDER**

Upon motion of the United States of America, by counsel, Kyle G. Bumgarner, United States Attorney for the Western District of Kentucky; and the Court being sufficiently advised,

It is hereby ORDERED that all affidavits, applications, orders, and material relating to the above matter and the contents thereof are sealed. No person may unseal or review the contents of the file or actions heretofore taken or to be taken without the express written authorization of a Judge of the United States District Court for the Western District of Kentucky.

July 27, 2026
Date

Colin H Lindsay, Magistrate Judge
United States District Court

ENTERED
JAMES J. VILT JR., CLERK
Date: Jul 27, 2026
T. Burch
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY