**FILED**

JAMES J. VILT, JR. - CLERK

JUL 2 2 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                       PLAINTIFF

v.                                    Criminal Action No.: 3:26-CR-90-CHB

MICHAEL MORRIS, ET AL                                          DEFENDANTS

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Joshua R. Porter hereby enters his appearance of record

on behalf of the United States of America.

Respectfully submitted,

KYLE G. BUMGARNER
United States Attorney

Joshua R. Porter
Assistant U.S. Attorney
717 West Broadway
Louisville, KY 40202
(502) 582-5911
Joshua.Porter@usdoj.gov