FILED

JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: _____ Jul 22, 2026 _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                        PLAINTIFF

vs.                                         CRIMINAL ACTION NO. ___3:26-cr-90-CHB___

MICHAEL MORRIS, ET AL                                        DEFENDANTS

## MOTION TO SEAL INDICTMENT

Comes the United States of America, by counsel, Joshua R. Porter, Assistant United States Attorney for the Western District of Kentucky, and moves the Court pursuant to Rule 6(e), Federal Rules of Criminal Procedure, to order and direct that the indictment returned by the Federal Grand Jury this 22 day of July, 2026, charging the above-named defendants with a violation of Title 18, United States Code, Sections 922(g)(1), 924(e)(1), 924(a)(8), 924(c)(1)(A), and Title 21, United States Code, Section 846, 841(a)(1), 841(b)(1)(B), and be kept secret until all defendants are in custody, or have given bail, or the warrant for arrest is returned unexecuted, and to further order, that no person disclose the return of the indictment, or any warrant or order issued pursuant thereto except as necessary for the issuance and execution of warrants for the arrest of the defendants.

Respectfully submitted,

KYLE G. BUMGARNER
United States Attorney

_____
Joshua R. Porter
Assistant U.S. Attorney