UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                              CRIMINAL ACTION NO.   3:26-cr-90-CHB

MICHAEL MORRIS, ET AL                                                       DEFENDANT

## ORDER

The indictment returned by the Federal Grand Jury charging the above-named defendants with violations of Title 18, United States Code, Sections 922(g)(1), 924(e)(1), 924(a)(8), 924(c)(1)(A), and Title 21, United States Code, Section 846, 841(a)(1), 841(b)(1)(B), is hereby ORDERED to be kept secret until all warrants for arrest are returned unexecuted, and no person shall disclose the return of this indictment or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrants for the arrest of the defendants.

This 22nd day of July 2026.

**Lanny King, Magistrate Judge**
**United States District Court**

ENTERED

JAMES J. VILT JR., CLERK

7/22/2026

U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY