UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**FILED**

JAMES J. VILT, JR. - CLERK

JUL 31 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA                                      PLAINTIFF

VS.                                      NO. _3:26-CR-90-CHB_

Gary Ross                                      DEFENDANT

## WAIVER OF DETENTION HEARING

I acknowledge that the Magistrate Judge has informed me of my right to a detention

hearing, pursuant to the provisions of Title 18, United States Code, Section 3142, and that I

understand that right.

_____ I HEREBY WAIVE my right to a detention hearing.

_____ I HEREBY WAIVE my right to a detention hearing in this district, and reserve the
right to move for a detention hearing in the district where the charges originate.

✓ I HEREBY WAIVE my right to a detention hearing at this time, and reserve the
right to move for detention hearing at a later date.

_____ 7/31/2026
DEFENDANT                          Date

_____
COUNSEL FOR DEFENDANT or Deputy Clerk