# United States District Court
## Western District of Kentucky
## at Louisville

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

**VS.**                                            **CRIMINAL ACTION NUMBER: 3:26-CR-90-CHB**

**JAMES MOORMAN**                                                                   **DEFENDANT**

## ORDER ON DETENTION HEARING

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge on August 3, 2026 to conduct a detention hearing.

APPEARANCES

For the United States:        Frank E. Dahl, III on behalf of Joshua Ryan Porter, Assistant United States Attorney

For the defendant:        Defendant James Moorman - Present and in custody
Catherine J. Kamenish, appointed – Present

Court Reporter:        Digitally recorded

The Court having heard arguments from counsel as to the matter of detention and for the reasons fully stated on the record,

**IT IS HEREBY ORDERED** that the defendant is detained and remanded to the custody of the United States Marshal pending further order of the Court.

August 3, 2026                **ENTERED BY ORDER OF THE COURT:**
**REGINA S. EDWARDS**
**UNITED STATES MAGISTRATE JUDGE**
**JAMES J. VILT, JR., CLERK**
**BY: s/ *Ashley Henry* - Deputy Clerk**

Copies: U.S. Attorney
    U.S. Probation
    Counsel for Defendant

0|15