# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA** **PLAINTIFF**

**VS.** **CRIMINAL ACTION NUMBER: 3:26CR-90-CHB**

**MICHAEL MORRIS** **DEFENDANT**

## ORDER ON DETENTION HEARING

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge on July 31, 2026, for a detention hearing. The defendant appeared in custody with Mac Adams, appointed counsel. Assistant United States Attorneys Jackson Rice and Josh Porter appeared on behalf of the United States. The proceeding was digitally recorded.

The Court heard arguments of counsel and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the defendant be detained and remanded to the custody of the United States Marshals Service pursuant to the Order of Detention Pending Trial to be entered into the record herein.

August 4, 2026

Regina S. Edwards, Magistrate Judge
United States District Court

:24