**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**VS.** **CRIMINAL ACTION NO. 3:26-CR-90-CHB**

**MICHAEL MORRIS**
**JAMES MOORMAN**
**WAYNE ALLEN**
**MIRIAM THOMPSON-MORRIS**
**GARY ROSS** **DEFENDANTS**

**ORDER**

This matter came before the Court, by video, on August 24, 2026, for arraignment on the Superseding Indictment. The proceeding was digitally recorded.

APPEARANCES

For the United States: Joshua Ryan Porter, Assistant United States Attorney

For Defendants:

Michael Morris – Present and in custody
Wayne M. Adams, Jr., retained - Present

James Moorman – Present and in custody
Catherine J. Kamenish, appointed – Present

Wayne Allen – Present and in custody
Catherine J. Kamenish on behalf of Jennifer H. Culotta, appointed – Present

Miriam Thompson-Morris – Present
Ryan C. Vantrease, appointed – Present

Gary Ross – Present and in custody
Patrick J. Renn, appointed - Present

As to the matter of arraignment, Defendants, by counsel, acknowledged their identity. They further acknowledged having been furnished a copy of the Superseding Indictment and advised of the nature of the charges contained therein.

Counsel, on behalf of Defendants, waived formal reading of the Superseding Indictment and entered pleas of **NOT GUILTY** to the charges contained therein. The Court orally reminded the United States of its prosecutorial obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), and the consequences of violating the same.

**IT IS HEREBY ORDERED** that this matter remains on the Court's docket for a jury trial on **September 22, 2026, at 9:00 a.m.** before the Honorable Claria Horn Boom, United States District Judge.

**IT IS FURTHER ORDERED** that Defendants Morris, Moorman, Allen, and Ross shall be remanded to the custody of the United States Marshal and Defendant Thompson-Morris shall remain under the terms and conditions of her current bond pending further order of the Court.

Date: August 24, 2026

**ENTERED BY ORDER OF THE COURT**
**REGINA S. EDWARDS**
**UNITED STATES MAGISTRATE JUDGE**
**JAMES J. VILT, JR., CLERK**
**By:** ***/s/ Ashley Henry,*** **Deputy Clerk**

cc: United States Attorney
United States Probation
Counsel for Defendant

0|10