**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL ACTION NO. 3:26-CR-90-CHB** |
| **LAJUAN SANDERS** | **DEFENDANT** |

# **O R D E R**

This matter came before the Court, by video, on August 25, 2026, for arraignment on the Superseding Indictment. The United States was represented by Joshua Ryan Porter, Assistant United States Attorney. Tricia F. Lister, retained counsel, appeared on behalf of the defendant. The proceeding was digitally recorded.

The defendant refused to participate in the hearing. The Court, on behalf of the defendant, entered a plea of **NOT GUILTY**. This matter remains on the docket as previously scheduled for a jury trial on **September 22, 2026, at 9:00 a.m.** before the Honorable Claria Horn Boom, United States District Judge.

**IT IS HEREBY ORDERED** that the defendant shall be remanded to the custody of the United States Marshal pending further order of the Court.

Date: August 25, 2026

ENTERED BY ORDER OF THE COURT:
REGINA S. EDWARDS
UNITED STATES MAGISTRATE JUDGE
JAMES J. VILT, JR., CLERK
BY: /s/ *Ashley Henry*, Deputy Clerk

cc: United States Attorney
United States Probation
Counsel for Defendant

0|05