**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
***ELECTRONICALLY FILED***

**UNITED STATES OF AMERICA** **PLAINTIFF**

vs. **CRIMINAL ACTION NO. 3:26CR-90-CHB**

**LAJUAN SANDERS** **DEFENDANT**

**** **** **** ****

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Comes the Defendant, Lajuan Sanders, by his counsel, Tricia Lister, and moves this Court to grant his Motion for Enlargement of Time in which to file pre-trial motions. In support of this motion, the Defendant states as follows:

1. Pursuant to the Court's Scheduling Order, all defensive motions are to be filed by September 9, 2026 (15 days after arraignment on Superseding Indictment, DNs 17, 50 and 51).

2. Rule 45(b) of the Federal Rules of Criminal Procedure permit the Court to extend deadlines for good cause. Good cause exists for the requested enlargement of time due to the voluminous discovery in this case, which is still in the process of being produced.

3. This request is made in good faith and not for purposes of delay.
4. The Government and all co-defendant counsel have been consulted regarding this request, and all agree there is no objection to this Motion.

WHEREFORE, the Defendant, Lajuan Sanders, respectfully requests the Court grant his motion and extend the deadline for filing pre-trial motions to September 23, 2026.

Respectfully Submitted,

s/ Tricia Lister____
Tricia Lister
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
Counsel for Mr. Sanders

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2026, the foregoing Motion was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

s/ Tricia Lister
Tricia Lister