**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
***ELECTRONICALLY FILED***

**UNITED STATES OF AMERICA** **PLAINTIFF**

vs. **CRIMINAL ACTION NO. 3:26CR-90-CHB**

**LAJUAN SANDERS** **DEFENDANT**

**** **** **** ****

**ORDER**

Motion having been made and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Defendant Lajuan Sanders' Motion for Enlargement of Time to File Pretrial Motions is GRANTED. The deadline for filing pretrial motions for all defendants in this case is extended to September 23, 2026. The Court finds that good cause exists based upon the need to review voluminous discovery and that the request for an enlargement of time does not appear to be sought for purposes of delay.

IT IS SO ORDERED.