UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 3:26-CR-090-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| LAJUAN SANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

***    ***    ***    ***

This matter is before the Court on Defendant Lajuan Sanders Unopposed Motion for Enlargement of Time, [R. 52], in which defense counsel asks the Court to extend the defensive motions deadline to September 23, 2026. However, this matter is currently scheduled for a jury trial on September 22, 2026. *See, e.g.*, [R. 17]. Accordingly, the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that, **on or before September 3, 2026**, the parties **SHALL** meet and confer and file a Joint Status Report clarifying their request.

This the 1st day of September, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY