**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CRIMINAL ACTION NO. 3:26-CR-00090-CHB**
**(Electronically Filed)**

UNITED STATES OF AMERICA PLAINTIFF

v. **UNOPPOSED MOTION TO CONTINUE TRIAL DATE**

MICHAEL MORRIS DEFENDANT

* * * * * * * * * * * *

Comes the Defendant, by counsel, and respectfully moves this Honorable Court to continue the currently scheduled trial date of September 22, 2026. As grounds for said motion, there is still outstanding discovery to be turned over, counsel just received a discovery submission and considering the voluminous nature of the discovery in this case, requires additional time to prepare for trial and render effective representation. The defendant respectfully requests this Court to reschedule the trial date to 2027. Counsel has conferred with the AUSA assigned to this case and is authorized to inform the Court that the United States does not object to this motion and requests that it be granted. Additionally, counsel has communicated with Co-Defendants' counsel and has been authorized to inform the Court that there are no objections to this motion and all parties request it be granted.

WHEREFORE, the defendant requests the scheduled trial date of September 22, 2026 be rescheduled to 2027 in accordance with the Court and parties' schedules.

Respectfully submitted,

/s/ Mac Adams

THE LAW OFFICE OF MAC ADAMS
500 WEST JEFFERSON STREET
SUITE 1100

LOUISVILLE, KENTUCKY 40202
(502) 694-0622
macrgr2002@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2026, I electronically filed this document through the CM/EMF filing system, which will serve notice to opposing counsel and all involved parties via electronic mail.

/s/ Mac Adams
Counsel for Raheem Richardson