**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CRIMINAL ACTION NO. 3:26-CR-00090-CHB**
**(Electronically Filed)**

COMMONWEALTH OF KENTUCKY PLAINTIFF

v. **PROPOSED ORDER**

MICHAEL MORRIS DEFENDANT

* * * * * * * * * * * *

Upon motion of the defendant and this Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the September 22, 2026 trial date is continued to the _______ day of _____________________________ 2027.

**IT IS FURTHER ORDERED** that the period of delay resulting from the continuance of this action be excluded in computing the time within which trial of this action must commence pursuant to 18 U.S.C. §§3161(H)(7)(A), 3161(7)(B)(ii), and 3161(h)(7)(B)(iv).