**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(*Electronically Filed*)**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**vs.** **CRIMINAL ACTION NO. 3:26-CR-90-CHB**

**MICHAEL MORRIS (1)**
**LAJUAN SANDERS (2)**
**JAMES MOORMAN (3)**
**WAYNE ALLEN (4)**
**MIRIAM THOMPSON-MORRIS (5)**
**GARY ROSS (6)**
**JEFFERY ROBERSON (7)**
**DEMETRIUS FANT, JR. (8)** **DEFENDANTS**

**** **** **** ****

## JOINT STATUS REPORT

Come the parties, by counsel, and respectfully submit this Joint Status Report in response to the Court's Order entered September 1, 2026 [R. 53], directing the parties to meet and confer and file a joint status report clarifying the relief requested in Defendant Sanders' Unopposed Motion for Enlargement of Time [R. 52]. The parties have conferred and state as follows:

1. **Procedural posture.** A Superseding Indictment was returned on August 5, 2026 [R. 31], adding Defendant Demetrius Fant, Jr. and adding Counts 5 through 8. Defendants Morris, Moorman, Allen, Thompson-Morris, and Ross were arraigned on the Superseding Indictment on August 24, 2026 [R. 50], and Defendant Sanders was arraigned on August 25, 2026 [R. 51]. Under the Court's Scheduling Order [R. 17], defensive motions are due September 9, 2026, and this matter is set for a jury trial on September 22, 2026.

2. **Clarification of the relief sought.** The Court correctly observed that the September 23, 2026 defensive motions deadline requested in [R. 52] would fall after the current

September 22, 2026 trial date. The parties clarify that the relief they jointly seek is (a) a continuance of the jury trial, for which a separate motion is being filed, and (b) an extension of the defensive motions deadline to a date preceding the continued trial date.

3. **Status of discovery.** To date, the United States has tendered thousands of documents and items, with the most recent large batch having been tendered on August 27th. Discovery in this matter remains in the process of being produced, and the United States has advised that it will supplement its production as additional discoverable material comes into its possession.

4. **Good cause for the requested relief.** This is an eight-defendant conspiracy prosecution arising from an extended investigation that included court-authorized Title III interceptions, physical and electronic surveillance, and the execution of multiple search warrants. The discovery is voluminous and, as noted above, the bulk of which was recently tendered. Counsel require additional time to review the discovery already produced, to receive and review any discovery yet to be produced, to consult with their respective clients, and to determine what pretrial motions, if any, are warranted. Under Rule 45(b)(1)(A) of the Federal Rules of Criminal Procedure, the Court may extend a deadline for good cause. Good cause exists here, and this request is made in good faith and not for the purpose of delay.

5. **Proposed schedule.** The parties respectfully propose that the Court (a) grant the separately filed Motion to Continue the September 22, 2026 trial date and continue the jury trial to a date convenient to the Court's calendar, and (b) extend the defensive

motions deadline accordingly, with the new deadline being at least one month out to account for the very voluminous Discovery.

6. **Speedy Trial Act.** The parties jointly request that the period of delay resulting from the requested continuance be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A). The parties submit that the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendants in a speedy trial, because a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further submit that this case is so unusual and so complex, due to the number of defendants and the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Act. See 18 U.S.C. § 3161(h)(7)(B)(ii). Any period of delay is also excludable as to each Defendant under 18 U.S.C. § 3161(h)(6).

7. **Position of the parties.** Counsel for the United States and counsel for each Defendant have been consulted regarding the relief requested herein, and all parties join in this Joint Status Report and the requested relief. No party objects.

WHEREFORE, the parties respectfully request that the Court vacate the September 22, 2026 trial date, continue the jury trial, as requested in a separate filing, and the defensive motions deadline as set forth above, and exclude the resulting period of delay from computation under the Speedy Trial Act.

Respectfully submitted,

/s/ Tricia Lister
Tricia Lister
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
tricia.lister.esq@gmail.com
Counsel for LaJuan Sanders (2)

/s/ Ryan C. Vantrease (with permission)
Ryan C. Vantrease
600 West Main Street, Suite 500
Louisville, Kentucky 40202
(502) 584-8555
ryan@mvlawyers.com
Counsel for Miriam Thompson-Morris (5)

/s/ Wayne M. Adams, Jr.(with permission)
Wayne M. Adams, Jr.
The Law Office of Mac Adams
500 West Jefferson Street, Suite 1100
Louisville, KY 40202
502-694-0622
macrgr2002@gmail.com
Counsel for Michael Morris (1)

/s/ Catherine J. Kamenish (with permission)
Catherine J. Kamenish
914 Lily Creek Road
Louisville, Kentucky 40243
(502) 742-0040
ckamenish@gmail.com
Counsel for James Moorman (3)

/s/ Jennifer Hinkebein Culotta (with permission)
Jennifer Hinkebein Culotta
815 E. Market Street, The Hess House
New Albany, Indiana 47150
(812) 941-8886
jennifer@culottalaw.com
Counsel for Wayne Allen (4)

/s/ Patrick J. Renn (with permission)
Patrick J. Renn
600 West Main Street, [SUITE]
Louisville, Kentucky 40202
prenn@600westmain.com
Counsel for Gary Ross (6)

/s/ Joshua R. Porter (with permission)
Joshua R. Porter
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911
joshua.porter@usdoj.gov
Counsel for the United States

/s/ Khalid A. Kahloon (with permission)
Khalid A. Kahloon
600 W. Main Street, Suite 500
Louisville, KY 40202
kahloon@msn.com
Counsel for Demetrius Fant, Jr. (8)

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2026, the foregoing Joint Status Report was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ Tricia Lister
Tricia Lister