UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MORRIS (01),<br>LAJUAN SANDERS (02),<br>JAMES MOORMAN (03),<br>WAYNE ALLEN (04),<br>MIRIAM THOMPSON-MORRIS (05),<br>GARY ROSS (06),<br>DEMETRIUS FANT, JR., (08),<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal Action No. 3:26-cr-090-CHB-CHL -01, 02, 03, 04, 05, 06, 08<br><br>**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |

*** *** *** ***

This matter is before the Court on Defendant Michael Morris's Unopposed Motion to Continue Trial Date, [R. 54]. Through counsel, Defendant Michael Morris requests the jury trial set for September 22, 2026, be rescheduled to a trial date in 2027 because "there is still outstanding discovery to be turned over, counsel just received a discovery submission, and considering the voluminous nature of the discovery in this case, requires additional time to prepare for trial and render effective representation." *Id.* at 1. The motion represents that the United States of America and counsel for the co-defendants do not have any objection. *Id.*

Therefore, having reviewed the motion, the representation of no objection by the United States of America, the representation of no objection by the co-defendants in this matter, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. Defendant Michael Morris's Unopposed Motion to Continue Trial Date, [**R. 54**], is **GRANTED**.

2. **Trial.** The **Jury Trial** that was set to begin on September 22, 2026, is **REMANDED** from the Court's docket, and is **RESCHEDULED** to **Tuesday, February 2, 2027**, **at the hour of 9:00 a.m.**, before the Honorable Claria Horn Boom, United States District Judge, at the Gene Snyder Federal Building in **Louisville, Kentucky**. Counsel **SHALL** be present in the courtroom at 8:30 a.m. This rescheduling applies to **Defendants Michael Morris, LaJuan Sanders, James Moorman, Wayne Allen, Miriam Thompson-Morris, and Gary Ross.**

3. As to Defendant Demetrius Fant, Jr., the **Jury Trial** that was set for September 29, 2026, is **REMANDED** from the Court's docket, and is **RESCHEDULED** to **Tuesday, February 2, 2027**, **at the hour of 9:00 a.m.**, before the Honorable Claria Horn Boom, United States District Judge, at the Gene Snyder Federal Building in **Louisville, Kentucky**. Counsel **SHALL** be present in the courtroom at 8:30 a.m.

4. **Pretrial Filings**. All pretrial filings and deadlines as set forth in the Court's Order Following Arraignment and Scheduling Orders, [**R. 16; R. 17; R. 18; R. 19; R. 20; R. 22; R. 45**], **SHALL** be relative to this new trial date. The trial continuance does not affect any defensive-motions deadline set by prior order. **Any request for an extension of the defensive-motions deadline should be made by separate motion.**

5. Defendant LaJuan Sanders's Unopposed Motion for Enlargement of Time, [**R. 52**], is **DENIED as moot**.

6. **Motions for Change of Plea**. If a defendant intends to enter a plea of guilty, defense counsel **SHALL** file a motion for change of plea. All motions for change of plea **SHALL** be filed no later than fourteen (14) days before the scheduled trial date, absent good cause. A defendant is advised that failure to comply with this filing requirement will be considered by the Court in determining whether to grant credit for acceptance of responsibility. See U.S.S.G. §3E1.1.

Following the filing of a motion for change of plea, and if the parties intend to proceed pursuant to a written plea agreement, the United States **SHALL** submit a copy of the proposed plea agreement for the Court's review at least one (1) business day prior to any hearing on the defendant's motion for change of plea. This document **SHALL** be transmitted as an electronic attachment to boom_chambers@kyed.uscourts.gov.

7. **Speedy Trial Act.** The time between the current trial date of **September 2, 2026 – the filing of the motion to continue jury trial**, and **February 2, 2026 - the new trial date**, is **DECLARED** excludable in computing the time within which the trial must commence under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A); (h)(7)(B)(i). This exclusion also applies **Defendants Michael Morris, LaJuan Sanders, James Moorman, Wayne Allen, Miriam Thompson-Morris, Gary Ross, and Demetrius Fant, Jr.,** who are joined for trial and for whom no motion for severance has been granted. 18 U.S.C. § 3161(h)(1)(D); (h)(6). The Court **FINDS** that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Specifically, failure to grant the continuance would likely make a continuation of the proceeding impossible or result in a miscarriage of justice, due to the need for defense counsel to receive the voluminous discovery, prepare for trial, and effectively represent the defendants in all pretrial matters. 18 U.S.C. § 3161(h)(7)(A); (h)(7)(B)(i). The Court **HOLDS** that Defendant Michael Morris's Motion is not made for the purpose of undue delay, nor is this continuance granted "because of general congestion of the Court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." 18 U.S.C. § 3161(h)(7)(C).

This the 9th day of September, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record
Jury Administrator
United States Probation Office