UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(electronically filed)

UNITED STATES OF AMERICA PLAINTIFF

V. CRIMINAL ACTION NO. 3:26-CR-90-CHB

LAJUAN SANDERS DEFENDANT

**SUPPLEMENT TO MOTION FOR REVIEW**
**AND REVOCATION OF ORDER OF DETENTION**
*** *** ***

Comes the defendant, Lajuan Sanders, through counsel, and files this supplement to correct two small errors to his Motion to Review Detention Order (DN 57):

1) Mr. Sander's girlfriend's last name is Elliot, not Miller (pp. 7, 10, and 11);

2) Mr. Sanders does not own 4910 Shumake Court, instead his grandmother owns the home.

These errors were made accidentally by undersigned counsel, who apologizes for any confusion these errors may have caused.

Respectfully Submitted,

s/ Tricia Lister____
Tricia Lister
600 West Main Street, Ste 100
Louisville, KY 40204
(502) 235-9841
Counsel for Mr. Sanders

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2026, the foregoing motion was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Tricia Lister
Tricia Lister