UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAJUAN SANDERS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal Action No. 3:26-CR-090-CHB<br><br>**ORDER** |

*** *** *** ***

This matter is before the Court on Defendant Lajuan Sanders's Motion for Review and Revocation of Order of Detention and for Release on Conditions, or in the Alternative, for Temporary Release Under 18 U.S.C. § 3142(i). [R. 57]. The Court having reviewed the motion and being sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The response and reply deadlines to the defendant's motion **SHALL BE EXPEDITED**.
2. The response of the United States **SHALL** be filed no later than **5:00 PM on Monday, November 2, 2026**.
3. Defendant's reply **SHALL** be filed no later than **5:00 PM on Monday, November 9, 2026**.

This the 26th day of October, 2026.

Claria Horn Boom

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY