# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA** **PLAINTIFF**

**VS.** **CRIMINAL ACTION NUMBER: 3:26-CR-90-CHB**

**JEFFREY ROBERSON** **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, by video, on November 2, 2026, to conduct an initial appearance.

APPEARANCES

For the United States: Joshua Ryan Porter, Assistant United States Attorney

For the defendant: Defendant Jeffrey Roberson - Present and in custody

Court Reporter: Digitally recorded

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Superseding Indictment, was advised of the nature of the charges contained therein and was advised of his rights. The Court questioned the defendant under oath and found him eligible for appointed counsel. Scott Coleman Cox, II from the Criminal Justice Act attorney panel was present and accepted the appointment, effective October 30, 2026.

The United States having moved for the detention of the defendant,

**IT IS HEREBY ORDERED** that this matter is scheduled for arraignment proceedings and a detention hearing on **November 3, 2026, at 3:00 p.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant is remanded to the custody of the United States Marshal pending further order of the Court.

November 2, 2026

**ENTERED BY ORDER OF THE COURT:**
**REGINA S. EDWARDS**
**UNITED STATES MAGISTRATE JUDGE**
**JAMES J. VILT, JR., CLERK**
**BY:** ***Ashley Henry*** **- Deputy Clerk**

Copies: U.S. Attorney
U.S. Probation
Counsel for Defendant

0|10