UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(electronically filed)

UNITED STATES OF AMERICA PLAINTIFF

V. CRIMINAL ACTION NO. 3:26-CR-90-CHB

LAJUAN SANDERS DEFENDANT

**NOTICE OF APPEAL**
*** *** ***

Notice is hereby given that the defendant, Lajuan Sanders, through counsel, appeals to the United States Court of Appeals for the Sixth Circuit from the Order entered on November 12, 2026 (DN 65), denying his Motion for Review and Revocation of Order of Detention and for Release on Conditions, or in the Alternative, for Temporary Release under 18 U.S.C. § 3142(i) (DN 57). This appeal is taken pursuant to 18 U.S.C. § 3145(c), 28 U.S.C. § 1291, and Federal Rule of Appellate Procedure 9(a). A transcript of the Detention hearing has been ordered.

Counsel was appointed under the Criminal Justice Act, and Mr. Sanders continues to proceed in forma pauperis.

Respectfully submitted,
s/ Tricia Lister
Tricia Lister
600 West Main Street, Ste 100
Louisville, KY 40204
(502) 235-9841
Counsel for Mr. Sanders

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2026, the foregoing notice was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Tricia Lister
Tricia Lister